

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-19-00055-CV

**CARLO MOTORS INC.**,
Appellant

v.

Escillas **DE LOS SANTOS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV05541
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The clerk's record has not been filed, but in its motion for extension of time to file a notice of appeal, Appellant asserts the trial court signed a final judgment on October 18, 2018.

Assuming the trial court signed the judgment on October 18, 2018, and Appellant timely filed a motion for new trial, Appellant's notice of appeal was due on January 16, 2019, *see* TEX. R. APP. P. 26.1(a), and a motion for extension of time to file a notice of appeal is due on January 31, 2019, *see id.* R. 26.3.

It appears that Appellant filed a notice of appeal in the trial court on January 29, 2019; Appellant filed a motion for extension of time to file a notice of appeal in this court on the same day. *See id.  See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (implying a motion for extension of time in certain circumstances).

Assuming the facts as stated above, as required by Rule 26.3, Appellant filed a notice of appeal in the trial court within fifteen days after the deadline for filing a notice of appeal and filed in this court a motion for extension of time that complies with Rule 10.5(b).  *See* TEX. R. APP. P. 26.3.

Appellant's motion for extension of time to file a notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court